935 F.2d 1285
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Donald Edward CARROLL, Plaintiff-Appellant,
v.
Paul REDD, Supervisor--Wood Shop, Defendant-Appellee.
 No. 91-7563.
 United States Court of Appeals, Fourth Circuit.
 Submitted June 3, 1991.
Decided June 20, 1991.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge. (CA-90-164)
 Donald Edward Carroll, appellant pro se.
 Jeanette Dian Rogers, Office of the Attorney General of Virginia, Richmond, Va., for appellee.
 E.D.Va.
 AFFIRMED.
 Before WIDENER, MURNAGHAN and NIEMEYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Donald Edward Carroll appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Carroll v. Redd, CA-90-164 (E.D.Va.Mar. 21, 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.